*E-FILED - 1/31/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC FLORES, | No. C 10-02773 RMW (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS |
| v. | |
| FRANCISCO JACQUEZ, | |
| Respondent. | (Docket No. 16) |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. Respondent has filed a motion to dismiss. Petitioner has requested an extension of time to file his opposition to respondent's motion to dismiss.

Good cause appearing, the court GRANTS petitioner an extension of time in which to file his opposition to respondent's motion to dismiss. The time in which petitioner may file his opposition to respondent's motion to dismiss will be extended up to and including **thirty (30) days** from the date this order is filed. Respondent shall file a reply brief no later than **fifteen (15) days** after the date petitioner's opposition is filed.

This order terminates docket no. 16.

IT IS SO ORDERED.

DATED: 1/28/11

RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time for Petitioner to File Opposition to Respondent's Motion to Dismiss
P:\PRO-SE\SJ.Rmw\HC.10\Flores773eot-oppo.wpd