IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC FLORES,<br><br>        Petitioner,<br><br>  vs.<br><br>GREG LEWIS, Acting Warden,<br><br>        Respondent. | No. C 10-2773 RMW (PR)<br><br>ORDER DENYING MOTION FOR IN CAMERA REVIEW / EVIDENTIARY HEARING<br><br>(Docket No. 28.) |

    Petitioner, a state prisoner proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a disciplinary decision. Respondent has filed an answer to the petition, and petitioner has filed a traverse.

    Pending before the court is petitioner's motion for an in-camera review / evidentiary hearing. At this point, the court finds it is premature to decide whether an in-camera review or evidentiary hearing is warranted. After the court has had the opportunity to review the arguments and evidence submitted by the parties, the court can determine whether such a review or hearing would be helpful. Accordingly, petitioner's motion is DENIED without prejudice.

    IT IS SO ORDERED.

DATED:

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Motion for In Camera Review / Evidentiary Hearing
G:\PRO-SE\SJ.Rmw\HC.10\Flores773evid.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISAAC FLORES,

        Plaintiff,

v.

FRANCISCO JACQUEZ et al,

        Defendant.

Case Number: CV10-02773 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaac Flores D 50574
Pelican Bay State Prison (SHU)
Housing: D-7-112
P.O. Box 7500
Cresent City, CA 95532-7500

Dated: June 5, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk