IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISSAC FLORES, | ) | No. C 10-2773 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| ACTING WARDEN GREG LEWIS, Warden, | ) ) | |
| | ) | |
| Respondent. | ) | |

The court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.10\Flores773jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISAAC FLORES,

        Plaintiff,

  v.

FRANCISCO JACQUEZ et al,

        Defendant.

Case Number: CV10-02773 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaac Flores D 50574
Pelican Bay State Prison (SHU)
Housing: D-7-112
P.O. Box 7500
Cresent City, CA 95532-7500

Dated: February 21, 2013

                            Richard W. Wieking, Clerk
                            By: Jackie Lynn Garcia, Deputy Clerk